UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lynx Technology Partners, Inc., | Case No. 1:18-cv-03881-ENV-PK |
| Plaintiff, | |
| - against - | **NOTICE OF APPEARANCE** |
| Pitts Management Associates, Inc. | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Adam M. Felsenstein, attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Lynx Technology Partners, Inc., in the above-referenced action and requests that any future correspondence, filings, ECF notification, or other information relating to this matter be addressed to undersigned at the address below

Dated:  New York, New York
        June 2, 2021

**TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP**


          */s/ Adam M. Felsenstein*
 By: Adam M. Felsenstein
900 Third Avenue
New York, New York 10022
(212) 702-7533
felsenstein@thsh.com
*Attorneys for Lynx Technology Partners, Inc.*