**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

June 22, 2021

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   *Lynx Technology Partners, Inc. v. Pitts Management Associates, Inc.*
      Case No. 1:18-cv-03881(ENV)(PK)

Dear Judge Kuo:

We represent plaintiff Lynx Technology Partners, Inc. in the above-referenced matter. Please accept this letter as joint response to your Order, dated June 16, 2021, regarding a proposed settlement conference.

The parties jointly and respectfully request that settlement conference with the Court be scheduled on August 6th, August 7th or August 8th. Following the Court's decision on the motions for summary judgment (ECF Docket #47), the parties have opened a productive dialogue with regard to settlement. We believe that it would be an efficient use of judicial resources to allow negotiations as amongst the parties to continue, and to employ the assistance of the Court in the event the parties cannot resolve the matter independently in the intervening time.

Additionally, we respectfully request that the proposed settlement conference be held by video conference.

We thank the Court for its time and attention to this matter. Should your Honor have any questions or need any further information, please do not hesitate to contact me.

Respectfully submitted,

Adam M. Felsenstein

cc:   **VIA ECF:**

David Morgen, Esq.
Hinman Straub P.C.
*Attorneys for Defendant – Pitts Management Associates, Inc.*

[1149688-1]